UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | NO. CV 07-987 MA |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| GET MORE SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

After considering Plaintiff's Motion to Dismiss and upon good cause shown, IT IS HEREBY ORDERED that the above-entitled civil action be dismissed.

DATED this __6__ day of __Sept__, 2007.

_____
MALCOLM F. MARSH
United States Magistrate Judge

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney

_____
ROBERT D. NESLER
Assistant United States Attorney
OSB # 85379
(503) 727-1069
Attorney for Plaintiff United States of America

PAGE -1- ORDER